IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| ex rel. PATRICIA ROCHA AND | § | |
| ROSE MARIE DICKEY, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-97-2699 |
| | § | |
| AMERICAN TRANSITIONAL | § | |
| HOSPITALS, INC. and | § | |
| BEVERLY ENTERPRISES, INC., | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED that Defendants American Transitional Hospitals, Inc. and Beverly Enterprises, Inc.'s Motion to Dismiss (Document No. 83) is GRANTED, and Plaintiff-Relators Patricia Rocha and Rose Marie Dickey's suit is DISMISSED with prejudice.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 14th day of December, 2005.

---
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE